**NO JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH, | Case No. LACV10-08952 GW (PLAx) |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS CASTLE & COOKE CORONA, INC. and CASTLE & COOKE CORONA CROSSINGS I, INC. |
| CASTLE & COOKE CORONA, INC., et al., | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Sandi Rush and defendants Castle & Cooke Corona, Inc. and Castle & Cooke Corona Crossings I, Inc.,

IT IS HEREBY ORDERED that the action and all claims against defendants Castle & Cooke Corona, Inc. and Castle & Cooke Corona Crossings I, Inc. are dismissed without prejudice.

Dated: February 14, 2011

_____
GEORGE H. WU, U.S. District Judge