KRING & CHUNG, LLP
SHANE SINGH (SBN 202733)
E-mail: ssingh@kringandchung.com
2620 J Street, Suite 1
Sacramento, CA 95816-4381
Telephone: (916) 266-9000
Facsimile: (916) 266-9001

Attorneys for Defendant
STARBUCKS COFFEE COMPANY

HUNTON & WILLIAMS LLP
LAURA M. FRANZE (SBN 250316)
E-mail: lfranze@hunton.com
ROLAND M. JUAREZ (SBN 160793)
E-mail: rjuarez@hunton.com
EMILY L. ALDRICH (SBN 271146)
E-mail: ealdrich@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
PIER 1 IMPORTS (U.S.), INC.

***MADE JS-6***

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandi Rush,<br><br>      Plaintiff,<br><br>  vs.<br><br>Pier 1 Imports (U.S.), Inc.; Starbucks Corporation,<br><br>      Defendants. | Case No. CV 10-08952 GW (PLAx)<br><br>**JUDGMENT** |

1     The summary judgment motions of Defendants Pier 1 Imports (U.S.), Inc. and
2 Starbucks Coffee Company, and Plaintiff Sandi Rush, came before this Court for
3 hearing on November 10, 2011, the Honorable George H. Wu presiding.  Having
4 considered the moving papers, evidence, and arguments, the Court finds that
5 Judgment is hereby entered in accordance with the Court's Order of November 10,
6 2011, and the final ruling attached thereto.

7     IT IS, THEREFORE, ORDERED AND ADJUDGED that JUDGMENT be
8 entered in favor of Defendants Pier 1 Imports (U.S.), Inc. and Starbucks Coffee
9 Company, and AGAINST Plaintiff Sandi Rush, on her claims of violations of the
10 Americans with Disabilities Act of 1990.

11     The Court hereby DISMISSES without prejudice Plaintiff's claims under the
12 California Unruh Civil Rights Act, California Disabled Persons Act, and the
13 California Health and Safety Code.

15 Dated:  November 23, 2011        _____
                                                      GEORGE H. WU, U.S District Judge

